UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22653-CIV-MARTINEZ-BECERRA

HEALTHNESS LLC,

    Plaintiff,

v.

GARMIN INTERNATIONAL, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice, (ECF No. 7). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. Each party shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 17 day of October, 2022.

                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record